# 1EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK  10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG
VASUDHA TALLA

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
BIANCA HERLITZ-FERGUSON
LAURA S. KOKOTAILO
SONYA LEVITOVA
HAFSA S. MANSOOR
SANA MAYAT
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

November 25, 2025

**Via ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

> Re:    *Mohsen v. Mendez et al., No. 25 Civ. 2538*

Dear Judge Failla:

On behalf of Plaintiff Deena Mohsen, we write jointly with Defendants pursuant to the Court's November 14, 2025 Notice of Initial Pretrial Conference to request that the Court (i) enter the Proposed Civil Case Management Plan and Scheduling Order attached hereto as Exhibit 1, and (ii) cancel the initial pretrial conference scheduled for December 10, 2025, because the parties agree on the proposed discovery schedule and have no other issues to raise with the Court. Accordingly, cancellation of the initial pretrial conference will promote efficiency and preserve the parties' resources.

In addition, the parties include with this joint letter the information requested on page 2 of the Court's November 14, 2025 Notice of Initial Pretrial Conference.

## 1.  Brief Statement of the Nature of this Action

Plaintiff Deena Mohsen brings this action against several Defendant NYPD Officers and the City of New York for violating her constitutional rights under 42 U.S.C. § 1983 and New

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

York state law.

Ms. Mohsen alleges that Defendants assaulted and arrested her without probable cause on June 10, 2024, while she was peacefully protesting. The complaint alleges that without warning or provocation, Defendant NYPD Officer Edward Mendez placed Ms. Mohsen in a chokehold and Defendant NYPD Lieutenant Philip Chan then slammed her head against a wall at least four times. Ms. Mohsen also alleges that Defendants Mendez and Chan falsely arrested and maliciously prosecuted her. And she alleges that Defendants NYPD Officers Kwabena L. Fraser, Christopher Giardina, and John Does #1-10 failed to intervene in Defendants Mendez and Chan's excessive force and unlawful arrest.

## 2. Jurisdiction and Venue

The Court has subject matter jurisdiction over Plaintiff's Section 1983 claims under 28 U.S.C. §§ 1331 and 1343(a). The Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a).

Venue lies in this District under 28 U.S.C. § 1391(b) because the acts or omissions giving rise to Plaintiff's claims took place in this District.

## 3. Deadlines and Due Dates

Other than the proposed deadlines in the parties' Proposed Civil Case Management Plan and Scheduling Order, attached hereto as Exhibit 1, there are no existing deadlines or due dates.

## 4. Outstanding Motions

None

## 5. Discovery to Date

The parties have exchanged the discovery required by S.D.N.Y. Local Rule 83.10(e), which included an exchange of photographs and videos of the incident, Plaintiff's medical records and medical releases, and NYPD records concerning Plaintiff's arrest. The parties do not believe there is specific additional discovery that is necessary for settlement negotiations at this time. We intend to continue the discovery process in accordance with the schedule set forth in the Proposed Civil Case Management Plan and Scheduling Order attached hereto as Exhibit 1.

## 6. Settlement Discussions

On October 17, 2025, the parties attended mediation with the S.D.N.Y. mediation program pursuant to S.D.N.Y. Local Rule 83.10(h). The mediation was not successful.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 3

### 7. Other Information

The parties do not have other information to share with the Court at this time.

Respectfully submitted,

/s
O. Andrew F. Wilson
Max Selver

cc.    All counsel of record via ECF

Application GRANTED.  The initial pretrial conference previously
scheduled for December 10, 2025, is hereby ADJOURNED *sine die*.  The
Court will enter the parties' proposed Case Management Plan under
separate cover.

Dated:    November 26, 2025            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE