# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
DANIEL A. PEÑA
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

March 10, 2026

***Via ECF***



Honorable Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Mohsen v. Mendez et al., No. 25 Civ. 2538 (KPF)*

Dear Judge Failla:

On behalf of Deena Mohsen, we write to withdraw our Letter Motion for Discovery, Dkt. 21. While Defendants previously refused to supplement their response to one request and produce documents in in response to another, yesterday, they reversed course and remedied these deficiencies. Accordingly, we respectfully request that the Court withdraw Plaintiff's Letter Motion for Discovery, Dkt. 21. Defendants consent to this motion.

Respectfully submitted,

/s
Max Selver

cc.   All counsel of record via ECF

Application GRANTED.  The Clerk of Court is directed to terminate the pending motions at docket entries 21 and 25.

Dated:   March 11, 2026
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE