**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZOE RESZYTNIAK**
*Assistant Corporation Counsel*
phone: (212) 356-2547
fax: (212) 356-3509
zreszytn@law.nyc.gov

August 10, 2026

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Mohsen v. Mendez, et al., 25 Civ. 02538 (KPF)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys representing Defendants in the above-referenced matter.

Defendants write on behalf of the parties to respectfully advise that on August 4, 2026, a settlement agreement in principle was reached in this matter. Accordingly, the parties respectfully request that all upcoming deadlines and appearances, including the upcoming August 19, 2026 conference, be adjourned *sine die*. Relatedly, the parties respectfully request that they have until September 24, 2026 –forty-five (45) days from today – to file a jointly executed Stipulation of Dismissal on the docket because Plaintiff is presently out of the country for the next several weeks and cannot execute any of the settlement paperwork, which has been sent to her counsel, until she returns.

The parties thank the Court for its time and consideration.

Respectfully submitted,
/s/ *Zoe Reszytniak*

Zoe Reszytniak
*Assistant Corporation Counsel*